**Rodney REYNOLDS, Appellant v. Barry & Joyce SULLIVAN, No. 360-76**

April 29, 1977. Appellees' motion to waive transcript denied. Appellant directed to proceed under V.R.A.P. 10(c) within 10 days from date hereof.

**FIRST NATIONAL BANK OF ORWELL v. L. Paul DIEFFEN-BACH, JR., No. 109-77**

April 29, 1977. Appellant's Motion to Stay Judgment is denied. Appellee's Motion to Dismiss Appeal granted.

**IN RE ESTATE OF ROGERS, No. 111-77**

May 24, 1977. Motion to Dismiss Appeal granted. *In re Estate of Walsh*, 133 Vt. 429, 430, 341 A.2d 706 (1975).

**Dawn LIVELY v. Ronald LIVELY, No. 107-77**

May 24, 1977. The order of Judge Valente dated March 4, 1977, is vacated, the appeal is dismissed and the cause is remanded to Chittenden Superior Court. Let the mandate issue forthwith.

**STATE of Vermont v. Daniel MOQUIN, Appellant, No. 178-75**

May 24, 1977. Mittimus in *State* v. *Daniel Moquin*, District Court Docket No. 1693-74 CnCr dated June 2, 1975, is hereby amended to give Daniel Moquin credit for 308 days for time spent in custody prior to sentencing. *In re Lampman*, Supreme Court Number 347-75 (April 5, 1977).

Appeal dismissed without costs taxed to any party to this appeal pursuant to the agreement of the parties dated May 17, 1977, and filed with the Supreme Court May 24, 1977.

**Clifford L. PATTERSON v. DE-PARTMENT OF EMPLOYMENT SECURITY, No. 190-76**

May 13, 1977. Appeal dismissed for lack of compliance with Progress Order dated April 5, 1977.

**Gordon GRAHAM v. Rex and Denise SNODGRASS, No. 275-75**

June 7, 1977. The findings of fact as made by the district court do not support the judgment. *Lynda Lee Fashions, Inc.* v. *Sharp Offset Printing, Inc.*, 134 Vt. 167, 352 A.2d 676 (1976); *Wells* v. *Village of Orleans, Inc.*, 132 Vt. 216, 315 A.2d 463 (1974). Judgment reversed and cause remanded.